IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CURTIS JAMES McGUIRE
TDCJ-CID No. 2004589,

      Plaintiff,

v.                                                      2:24-CV-61-Z-BR

UNKNOWN DEFENDANTS,

      Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States

Magistrate Judge to dismiss Plaintiff's Complaint for failure to prosecute ("FCR") (ECF No. 12).

Plaintiff filed a correspondence with the Court on August 5, 2024, which the Court will liberally

construe as an objection to the FCR. There, Plaintiff complains about "the Unit grievance process,"

but does not otherwise comply with the Court's deficiency order. *See* ECF No. 4 (Order and Notice

of Deficiency).

Therefore, after making an independent review of the pleadings, files, and records in this

case, the Court concludes that the FCR is correct. It is therefore **ORDERED** that the FCR is

**ADOPTED** and Plaintiff's Complaint is **DISMISSED** without prejudice.

**SO ORDERED**.

August 15, 2024.

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE